UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRE FOR NEURO SKILLS, | Case No.: 1:13-cv-00743 - LJO - JLT |
| Plaintiff, | ORDER EXTENDING TIME FOR DEFENANT TO RESPOND TO THE INITIAL COMPLAINT |
| v. | |
| BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS, et al., | (Doc. 15) |
| Defendants. | |

The parties have stipulated to extend the time for Defendants to file a response to the initial complaint by not more than 28 days.  (Doc. 15).  Pursuant to Local Rule 144(a), the parties may stipulate to an extension of time "without approval of the Court if the stipulation is signed on behalf of the parties who have appeared in the action and are affected by the stipulation."  In accordance with the terms of the stipulation, Defendants' response to Plaintiff's complaint **SHALL** be filed no later than **July 10, 2013**.

IT IS SO ORDERED.

Dated:    **June 14, 2013**                              **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE

1