UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CENTRE FOR NEURO SKILLS, | Case No. 1:13-cv-00743-LJO-JLT |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING** |
| vs. | |
| BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS; et al., | **(Doc. 17)** |
| Defendants. | |

**ORDER**

Based upon the stipulation of counsel and good cause appearing, the Court **GRANTS** the stipulation allowing Defendants to file there responsive pleading no later than August 9, 2013.

**No further extensions of time to file the responsive pleading will be entertained**.

IT IS SO ORDERED.

Dated:   **July 3, 2013**                              /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE