UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRE FOR NEURO SKILLS,<br><br>             Plaintiff,<br><br>    vs.<br><br>BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS; et al.,<br><br>             Defendants. | Case No. 1:13-cv-00743-LJO-JLT<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**<br><br>**(Doc. 17)** |

**ORDER**

Based upon the stipulation of counsel and good cause appearing, the Court **GRANTS** the stipulation allowing Defendants to file there responsive pleading no later than August 9, 2013.

**No further extensions of time to file the responsive pleading will be entertained**.

IT IS SO ORDERED.

Dated:    **July 3, 2013**                               **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE