UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| | |
|---|---|
| CENTRE FOR NEURO SKILLS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; HEALTHCOMP; SANTA ROSA RANCHERIA TACHI PALACE HOTEL & CASINO; SANTA ROSA RANCHERIA TACHI PALACE HOTEL & CASINO TRIBAL MEMBER HEALTH CARE PLAN; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:13-cv-00743-LJO-JLT<br><br>**ORDER GRANTING DEFENDANTS BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS AND ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY'S REQUEST TO SEAL**<br><br>Compl. Filed:　May 17, 2013<br><br>Honorable  Lawrence J. O'Neill<br>Courtroom 4 |

Case No. 1:13-cv-00743-LJO-JLT　　　　– 1 –

# ORDER

Defendants Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company (collectively, "Anthem Blue Cross") requested an order allow it to file under seal the following document because it contains information that parties have designated as confidential:

1.  Declaration of Sonia Gutierrez in Support of Defendants Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and exhibit thereto, which is a copy of the "Plan Document and Summary Plan Description for Santa Rosa Rancheria The Palace Indian Gaming Center Employee Health Care Plan" (the "Plan Document").

Upon consideration of the pleadings, the papers, and the arguments of counsel, and with compelling reason shown, IT IS HEREBY ORDERED that:

Anthem Blue Cross's Request to Seal is GRANTED. The Clerk of the Court is directed to file under seal the complete, unredacted version of the above-referenced document. This document shall remain under seal indefinitely, pending further of this Court. The parties are to be permitted access to this document.

IT IS SO ORDERED.

Dated:   **August 9, 2013**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

Case No. 1:13-cv-00743-LJO-JLT          – 2 –

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware