UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRE FOR NEURO SKILLS, | CASE NO. CV F 13-0743 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS CERTAIN DEFENDANTS** <br> (Doc. 36.) |
| vs. | |
| BLUE CROSS OF CALIFORNIA, et al., | |
| Defendants. <br> _____/ | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this entire action and all claims against defendants Santa Rosa Rancheria Tachi Palace Hotel & Casino and Santa Rosa Rancheria Tachi Palace Hotel & Casino Tribal Member Health Care Plan only. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **November 20, 2013**          **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

1