UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRE FOR NEURO SKILLS,<br><br>          Plaintiff,<br><br>     vs.<br><br>BLUE CROSS OF CALIFORNIA, et al.,<br><br>          Defendants. | Case No. 1:13-cv-00743-LJO-JLT<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT S BLUE CROSS AND ANTHEM TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(Doc. 39) |

**ORDER**

Before the Court is the stipulation of the Plaintiff and Defendants Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company to extend the time within which these Defendants would have to respond to the first amended complaint. (Doc. 39)  These parties report that they are engaged in settlement discussions and believe that a two-week extension of the time in which the responsive pleading is due, will be sufficient time to determine whether settlement can be achieved. Id. at 2.

Therefore, good cause appearing, the Court **GRANTS** the stipulation. Defendants Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company **SHALL** file their responsive pleading no later

than **December 16, 2013.**

IT IS SO ORDERED.

Dated:   **December 4, 2013**               /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE