UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CENTRE FOR NEURO SKILLS,<br><br>    Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; HEALTHCOMP; SANTA ROSA RANCHERIA TACHI PALACE HOTEL & CASINO; SANTA ROSA RANCHERIA TACHI PALACE HOTEL & CASINO TRIBAL MEMBER HEALTH CARE PLAN; and DOES 1 through 10, inclusive<br><br>    Defendants. | CASE NO. 13-CV-00743-LJO-JLT<br><br>**ORDER GRANTING REQUEST FOR STAY**<br><br>Compl. Filed: May 17, 2013<br>FAC Filed: November 4, 2013<br><br>Hon. Lawrence J. O'Neil |

*COURT LANGUAGE ADDED TO PROPOSED ORDER*

# ORDER GRANTING REQUEST FOR STAY

**WHEREAS**, Plaintiff Centre for Neuro Skills ("CNS"), and Defendants Blue Cross of California d/b/a Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company ("Anthem Blue Cross"), and HealthComp (collectively "Parties") have submitted, through their counsel of record, a Notice of Settlement and Request for Stay.

**WHEREAS**, the Parties state that they have been engaged in informal settlement discussions to attempt to resolve their disputes, and have now reached a tentative settlement agreement (the "Agreement") in principle which would call for the dismissal of this action with prejudice as to all remaining claims.

**WHEREAS**, the Parties have requested a stay of this action for thirty (30) days to allow the Parties to focus their efforts on finalizing the Agreement.

**THEREFORE**, good cause appearing therefor, the Court hereby orders that:

1. This action shall be stayed for thirty (30) days from the entry of this Order.
2. If the action is not dismissed within thirty (30) days from the entry of this Order, the Parties shall file a joint status report no later than January 13, 2014 to inform the Court of the status of the action.
3. The January 7, 2014 hearing on defendant HealthComp's motion to dismiss is vacated and subject to resetting if settlement is not completed.

This Court ADMONISHES the parties and their counsel to use their best

/ / /
/ / /
/ / /

efforts to complete settlement and they are subject to sanctions for failure to do so.

IT IS SO ORDERED.

Dated: __**December 12, 2013**__          __/s/ Lawrence J. O'Neill__
                                          UNITED STATES DISTRICT JUDGE

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1151037.1

3
[PROPOSED] ORDER GRANTING REQUEST FOR STAY