GLENN E. SOLOMON (State Bar No. 155674)
PETER J. BRACHMAN (State Bar No. 248805)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8157
Facsimile: (310) 551-8181
email: pbrachman@health-law.com

Attorneys for CENTRE FOR NEURO SKILLS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### BAKERSFIELD DIVISION

| | |
|---|---|
| CENTRE FOR NEURO SKILLS,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; HEALTHCOMP; SANTA ROSA RANCHERIA TACHI PALACE HOTEL & CASINO AND SANTA ROSA RANCHERIA TACHI PALACE HOTEL & CASINO TRIBAL MEMBER HEALTH CARE PLAN; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. 1:13-00743-LJO-JLT<br><br>Hon. Lawrence J. O'Neil<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

1153926.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

All causes of action are hereby dismissed **with prejudice** as to all parties in this action.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **February 3, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1153926.1

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)